UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:00CR227(SRU) |
| | : | |
| | : | |
| NELSON CARRASQUILLO | : | January 4, 2007 |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by the undersigned Assistant United States Attorney, and pursuant to the plea agreement with the defendant, moves the Court for an order dismissing Count One of the Second Superseding Indictment in the above-captioned case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
ALEX V. HERNANDEZ
SUPERVISORY ASSISTANT U.S. ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
Fed. Bar Number Ct08345

Based upon the motion of Assistant Untied States Attorney Alex V. Hernandez, the Court hereby orders that Count One of the Second Superseding Indictment is **DISMISSED** as to defendant Nelson Carrasquillo.

**SO ORDERED** this ___ day of January, 2007, at Bridgeport, Connecticut.

_____
STEFAN R. UNDERHILL
UNITED STATE DISTRICT JUDGE

CERTIFICATION OF SERVICE

      I hereby certify that on January 4, 2007, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/
ALEX V. HERNANDEZ